

# THE THIRTEENTH COURT OF APPEALS

13-13-00233-CV

BISNAR & CHASE, L.L.P. A/K/A BISNAR/CHASE, PERSONAL INJURY LAWYERS,
L.L.P., JOHN BISNAR AND BRIAN D. CHASE
v.
RAMON GARCIA AND THE LAW OFFICE OF RAMON GARCIA, P.C. AND
CATHERINE W. SMITH

On Appeal from the
139th District Court of Hidalgo County, Texas
Trial Cause No. C-1016-12-C

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

December 12, 2013